1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone:  (916) 554-2760
5
   Attorneys for Petitioners
6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA and       **VERIFIED PETITION TO**
    R. L. WILLETT, Revenue Officer,    **ENFORCE INTERNAL REVENUE**
12  Internal Revenue Service,          **SERVICE SUMMONS**

13             Petitioners,

14       v.                            Taxpayer: RODNEY W. HALL

15  RODNEY W. HALL,

16             Respondent.

17

18        Petitioners, the UNITED STATES OF AMERICA and R. L. WILLETT, Revenue

19  Officer of the Internal Revenue Service, by their attorney, BENJAMIN B. WAGNER,

20  United States Attorney for the Eastern District of California, allege:

21                          A.  JURISDICTION

22        1.  This proceeding is brought under I.R.C. Sections 7402(b) and 7604(a), which

23  give authority for judicial enforcement of an Internal Revenue Service summons.  Subject

24  matter jurisdiction is given by 28 U.S.C. Sections 1340 (actions under the internal

25  revenue laws) and 1345 (proceedings by the United States).

26  ///

27  ///

28  ///

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS            Page 1

1

B.  PARTIES

2    2.  By personal knowledge and knowledge of applicable procedures, petitioner R.

3    L. WILLETT is a duly commissioned Revenue Officer employed in the Small

4    Business/Self-Employed Compliance Division California Area, Internal Revenue Service.

5    The petitioning Revenue Officer is authorized to issue an Internal Revenue Service

6    summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., Treasury

7    Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue

8    Service Delegation Order No. 4 (as revised).

9    3.  By knowledge of the investigation, the respondent, RODNEY W. HALL,

10    resides at 7508 Batavia Road, Dixon, California, within the jurisdiction of this Court.

11    4.  By personal knowledge, petitioning Revenue Officer R. L. WILLETT is

12    conducting an investigation of RODNEY W. HALL's ability to pay his delinquent U.S.

13    individual income taxes for the tax year ending December 31, 2006.

14    5.  On information and belief, the respondent, RODNEY W. HALL, is in

15    possession and control of testimony, books, records, papers, and other data that may shed

16    light on the matters to be ascertained in the above-described investigations.

17    6.  By personal knowledge, on June 9, 2010, Revenue Officer R. L. WILLETT

18    issued an Internal Revenue Service summons directing the respondent, RODNEY W.

19    HALL, to appear before the Revenue Officer on June 24, 2010, at 9:00 a.m., at 4830

20    Business Center Drive, Suite 250, Fairfield, California, to testify and to produce for

21    examination the books, records, papers and other data described in the summons.

22    7.  By personal knowledge, on June 9, 2010, Revenue Officer R. L. WILLETT

23    served attested copies of the collection summons to respondent by leaving a copy with

24    respondent's girlfriend at his last and usual place of abode.

25    8.  By personal knowledge, an accurate copy of the summons has been supplied for

26    attachment as Exhibit A to this petition.  This Exhibit is adopted by reference.

27    ///

28    ///

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS                  Page 2

1    9.  By personal knowledge, respondent, RODNEY W. HALL, did not appear or

2  respond to Revenue Officer R. L. WILLETT on June 24, 2010, as requested by the

3  summons, or at any other time.

4    10.  By personal knowledge and knowledge of the investigation, respondent's

5  failure to comply with the summons continues to date.

6    11.  By knowledge of the investigation, the testimony, books, records, papers and

7  other data sought by the summons is not already in possession of the Internal Revenue

8  Service.

9    12.  By personal knowledge, the testimony and the books, records, papers and

10  other data sought by the summons is necessary for Revenue Officer R. L. WILLETT's

11  investigation of RODNEY W. HALL's ability to pay his delinquent U.S. individual

12  income taxes for the tax year ending December 31, 2006.

13    13. By personal knowledge and knowledge of applicable procedures, all

14  administrative steps required by the Internal Revenue Code of 1986 for the issuance of

15  the summons have been taken.

16    WHEREFORE, petitioners respectfully pray:

17    1.  That this Court enter an order directing respondent, RODNEY W. HALL, to

18  show cause, if any, why respondent should not comply with and obey the summonses and

19  each and every requirement thereof;

20    2.  That this Court enter an order directing respondent, RODNEY W. HALL, to

21  obey the aforementioned summons and each and every requirement thereof, by ordering

22  the respondent's attendance, testimony and production of the books, records, papers and

23  other data required and called for by the terms of the summons, before Revenue Officer

24  R. L. WILLETT, or any other proper officer or employee of the Internal Revenue

25  Service;

26  ///

27  ///

28  ///

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Page 3

1    3.  That the United States recover its costs in maintaining this action; and

2    4.  That this Court grant such other and further relief as is just and proper.

3
                                        BENJAMIN B. WAGNER
4                                       United States Attorney

5                          By:    */s/ Y. Himel*
                                   YOSHINORI H. T. HIMEL
6                                  Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS          Page 4

1

<u>VERIFICATION BY REVENUE OFFICER R. L. WILLETT</u>

2

3

Revenue Officer R. L. WILLETT, pursuant to 28 U.S.C. § 1746 (a), verifies as follows:

4

1.       I am the Revenue Officer in this case.

5

2.       Regarding the numbered paragraphs in this petition except for paragraph 1:

6

a.       If an allegation in those paragraphs is labeled "by personal knowledge," it

7

is a matter that I know to be true from my own personal knowledge.

8

b.       If an allegation in those paragraphs is labeled "by knowledge of applicable

9

procedures," it is a matter that I know to be true from my knowledge of

10

Internal Revenue Service procedures.

11

c.       If an allegation in those paragraphs is labeled "by knowledge of the

12

investigation," it is a matter of which I have been informed by oral or

13

written communication within the investigation in suit, and it accords with

14

my understanding of the facts of the case.

15

d.       If an allegation in that section is labeled "on information and belief," it is a

16

matter of which I do not necessarily have personal knowledge, but it

17

accords with my understanding of the facts of the case.

18

19

I verify under penalty of perjury that the foregoing is true and correct.  Executed on

20

 October 4  , 2010.

21

22

23

*/s/ R. S. Willett*
R. L. WILLETT
Revenue Officer

24

Internal Revenue Service

25

26

27

28

Page 1 of  1



# Summons

## Collection Information Statement

In the matter of  RODNEY W & LORETTA J HALL,  7508 BATAVIA RD,   DIXON,  CA  95620-9734

Internal Revenue Service *(Identify Division)*   SMALL BUSINESS/SELF EMPLOYED

Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)

Periods:  Form 1040 for the calendar period ending December 31, 2006

**The Commissioner of Internal Revenue**

**To:**  RODNEY HALL

**At:** 7508 BATAVIA RD,   DIXON, CA  95620

You are hereby summoned and required to appear before R.L. WILLETT, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010  To Compliance date of Summons

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

4830 BUSINESS CENTER DRIVE,  STE 250,  FAIRFIELD  CA  94534  (707) 646-7189

**Place and time for appearance: At**  4830 BUSINESS CENTER DRIVE,  STE 250,  FAIRFIELD,  CA  94534

**IRS**

Department of the Treasury
**Internal Revenue Service**
www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  24th  day of  June  , 2010  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  9th   day of  June          , 2010

R.L. WILLETT
*Signature of issuing officer*

REVENUE OFFICER
Title

_____
Signature of approving officer *(if applicable)*

_____
Title

**Original -- to be kept by IRS**

Exhibit A                                                                 Page 1 of 2



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 6-9-2010 | 11:59 AM. |

**How**

**Summons**

**Was**

**Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

Girlfriend

| Signature | Title |
|-----------|-------|
| | Revenue Officer |

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| | |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)

Exhibit A                                                                                        Page 2 of 2