IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
R. L. WILLETT, Revenue Officer,
Internal Revenue Service,

      Petitioners,            No. 2:10-mc-00101 JAM KJN

    v.

RODNEY W. HALL,

      Respondent.           ORDER

_____/

        On October 4, 2010, petitioners filed a petition to enforce a summons issued to respondent by the Internal Revenue Service ("IRS").[1] (Dkt. No. 1.) On October 12, 2010, the undersigned entered an order to show cause ("OSC"), which ordered respondent to show cause why he should not be compelled to obey the summons issued by IRS. (Dkt. No. 3.) The OSC set a hearing before the undersigned to take place on December 9, 2010.

        The OSC required petitioners to serve several identified documents on respondent within 21 days of the service of the OSC on petitioners, and also required petitioners to file proof of such service within 14 days of the hearing on the OSC. (See OSC ¶¶ 3-5.) The OSC further

---

[1] This matter is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(9) and 28 U.S.C. § 636(b)(1).

1

1 states that: "If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney *at least 14 days prior to the date set for the show cause hearing*." (Id. ¶ 7.)

On November 30, 2010, petitioners filed a notice with the court, which states that due to a "mistake of law" on the part of the "serving Revenue Officer," petitioners did not effectuate proper service of the documents specified in the OSC until November 22, 2010. (Dkt. No. 4.) Petitioners acknowledge that service was thus effectuated nearly three weeks beyond the end of the 21-day service period provided in the OSC. Because of the untimely service of documents on respondent by petitioners, the undersigned will continue the hearing on the OSC in order to provide respondent with a reasonable period of time in which to prepare and file a written opposition to the petition, if any, or a statement of non-opposition to the granting of the petition to enforce the IRS's summons.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the previously entered order to show cause (Dkt. No. 3) is continued from December 9, 2010, to Thursday, January 13, 2011, at 10:00 a.m., in Courtroom 25.

2. As stated in the OSC, if the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk, and a copy served on the United States Attorney, *at least 14 days prior to the date set for the show cause hearing*.

////
////
////
////
////

1    3. All of the remaining provisions contained in the order to show cause shall
2 remain in effect.
3    IT IS SO ORDERED.
4 DATED: December 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE