BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and R. L. WILLETT, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>RODNEY W. HALL,<br><br>Respondent. | 2:10-mc-00101-JAM-KJN<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: RODNEY W. HALL |

The United States and Revenue Officer R. L. Willett here petition for enforcement of an I.R.S. summons. The matter was placed before United States Magistrate Judge Kendall J. Newman under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce an administrative summons, attached as Exhibit A to the petition. The summons is in aid of Revenue Officer Willett's an investigation of Rodney W. Hall's ability to pay his delinquent U.S. individual income taxes for the tax year ending December 31, 2006.

On October 12, 2010, Judge Newman issued an Order to Show Cause, ordering the respondent, Rodney W. Hall, to show cause why the I.R.S. summons issued to him on June 9, 2010, should not be enforced. The Petition, Points and Authorities, and Order to

Show Cause were served under Fed. R. Civ. P. 4(e)(2)(B), providing for personal delivery to a co-resident. Respondent did not file written response.

The matter went before Judge Newman for hearing on January 13, 2011. Yoshinori H. T. Himel appeared for petitioners, and petitioning Revenue Officer R. L. Willett was present. Respondent appeared in person and stated that he agreed to the enforcement of the summons and was willing to meet with the revenue officer and comply with the summons. Because of respondent's statement, Judge Newman filed Findings and Recommendations on January 14, 2011, recommending enforcement and memorializing respondent's appointment to appear before the I.R.S. on January 24, 2011, at 10:30 a.m. Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304. I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, that there is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution, and that the requested and unopposed summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed January 14, 2011, are ADOPTED IN FULL.

2. The I.R.S. summons issued to respondent, Rodney W. Hall, is ENFORCED.

3. Respondent, Rodney W. Hall, is ORDERED to appear at the I.R.S. offices at 4830 Business Center Drive, Suite 250, Fairfield, California 94534, before Revenue Officer R. L. Willett, or her designated representative, at a time and date to be set in writing by Revenue Officer R. L. Willett, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

4. The court retains jurisdiction for further proceedings should they become necessary.

It is SO ORDERED.

DATED: February 7, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **February 7, 2011**, she served a copy of:

**[Proposed] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Mr. Rodney W. Hall
1395 N. Lincoln Street, Apt. 1223
Dixon, CA 95620

                                        /s/ Mary Ann Rackley
                                      MARY ANN RACKLEY